# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-483-DCK

| | |
|---|---|
| **JEFFREY BRUCATO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **PARTNERS HEALTH MANAGEMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Attorney Kevin Murphy's "Motion For Special Admission" (Document No. 14) filed June 6, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the consent of Defendant's counsel, the undersigned will grant the motion.

By the instant motion, Attorney Kevin Murphy moves for the special admission of Rianah Alexander, who is currently enrolled at North Carolina Central University School of Law and will graduate in May 2023. (Document No. 14, p. 1). Ms. Alexander is employed as a summer associate at Herrmann & Murphy, PLLC. Id. The Court finds that Ms. Alexander meets the requirements for special admission under the Law Student Practice Rule. See LCvR 83.1(h).

**IT IS, THEREFORE, ORDERED** that Attorney Kevin Murphy's "Motion For Special Admission" (Document No. 14) is **GRANTED**. Ms. Rianah Alexander is hereby admitted to practice before the Court in the above-captioned case, subject to the supervision of attorney Kevin Murphy. All CM-ECF filing shall be accomplished by one of Plaintiff's licensed attorneys.

**IT IS FURTHER ORDERED** that Ms. Alexander review the training materials on the Western District of North Carolina's website regarding CM-ECF. See LCvR 83.1(h)(2)(H).

**SO ORDERED**.

Signed: June 7, 2022

David C. Keesler
United States Magistrate Judge